McGREGOR W. SCOT
United States Attorney
JEFREY A. SPIVAK
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JESSICA ALLEN,<br><br>                Defendant. | Case No. 1:19-po-00043-SAB<br><br>[Citation #6044491 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00043-SAB [Citation #6044491 CA/74] against JESSICA ALLEN without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 16, 2019                              Respectfully submitted,

                                                           McGREGOR W. SCOTT
                                                           United States Attorney

                                    By:    /s/ Jeffrey A. Spivak
                                                           JEFFREY A. SPIVAK
                                                           Assistant U.S. Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:19-po-00043-SAB [Citations #6044491 CA/74] against JESSICA ALLEN be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**October 16, 2019**__

UNITED STATES MAGISTRATE JUDGE